FILED
August 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
  )  Case No. MAG 06-0226 DAD
            Plaintiff, )
v. )  ORDER FOR RELEASE OF
  )  PERSON IN CUSTODY
CHAO LEE, )
  )
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHAO LEE</u>, Case No. <u>MAG 06-0226 DAD</u>,

Charge <u>Title 18 USC § 1955 (a)</u>, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

    _X_ Unsecured Appearance Bond — $90,000.00 co-signed.

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) _with Pretrial Services Supervision and conditions._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 17, 2006</u> at <u>3:05</u> <u>pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal