UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
August 17, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>         Plaintiff, )<br>v.          )<br>            )<br>CHAO LEE, )<br>            )<br>         Defendant. ) | Case No. MAG 06-0226 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHAO LEE</u>, Case No. <u>MAG 06-0226 DAD</u>,

Charge <u>Title 18 USC § 1955 (a)</u>, from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

    X    Unsecured Appearance Bond — $90,000.00 co-signed.

    __    Appearance Bond with 10% Deposit

    __    Appearance Bond with Surety

    __    Corporate Surety Bail Bond

    X    (Other)   <u>with Pretrial Services Supervision and conditions.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 17, 2006</u> at <u>3:05</u> <u>pm</u>.

By _____
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal