MARK J. REICHEL, Bar #155034
Attorney At Law
555 Capitol Mall, 6th Floor, Suite 600
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
CHAO LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-343 |
| ) | |
| Plaintiff, ) | **AGREEMENT TO VACATE SELF** |
| ) | **SURRENDER DATE** |
| v. ) | |
| ) | DATE: |
| ) | TIME: N/A |
| CHAO LEE ) | JUDGE: HON. D. LOWELL JENSEN |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

_____

It is hereby stipulated between the parties hereto that the date for the self surrender of this defendant shall be VACATED and that the intermittent confinement order of the court is modified so that the order for intermittent confinement is at the discretion of the US Probation Department, and therefore no self surrender date needs to be set by this court.

DATED: February 14, 2008.     Respectfully submitted,

MARK J. REICHEL, ESQ.

Agreement to extend date for self surrender

```
                                    /s/ MARK J. REICHEL
                                    MARK J. REICHEL
                                    Attorney for Chao Lee

                                    McGREGOR W.  SCOTT
                                    United States Attorney


     DATED: February 14, 2008.      /s/MARK J. REICHEL for:
                                    BENJAMIN J. WAGNER
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** All other orders, terms and conditions of the defendants release shall remain in full force and effect.

DATED: February 14, 2008.

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge